UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-273-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JAMES WILBERT WILLIAMS | |

This matter has come before the Court on Defendant's Motion for Leave to Consider a Suppression Motion Late. [D.E. 59 ].

For good cause shown, the Defendant's motion is GRANTED. The court will consider the suppression motion and any memorandum of law, though filed late.

This the 9th day of November, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge